# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 15, 2024

## NO. 03-24-00532-CV

**Anthony Garza, Appellant**

**v.**

**H-E-B, LP, Appellee**

## APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE BAKER

This is an appeal from the judgment signed by the trial court on April 26, 2024. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.